AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL COMPLAINT**

**VINCENT RAY ROBERTS**
**DOB: xx/xx/xx**
**PDID xxx-xxx**                                      CASE NUMBER:
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of

my knowledge and belief.  On or about   **MARCH 26, 2007**   in   **WASHINGTON**   county, in the

_____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance**
in violation of Title   **18**   United States Code, Section(s)   **841(b)(1)(c)**   .

I further state that I am   **DETECTIVE JAMES ZEREGA**   , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

**Continued on the attached sheet and made a part hereof:**          ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE JAMES ZEREGA**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                          City and State

_____              _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

## **STATEMENT OF FACTS**

On Monday, March 26, 2007, at about 9:37 a.m., sworn officers with the Metropolitan Police Department Interdiction Unit conducted interviews on a Trailways bus at 1005 1st Street, N.E.,Washington , D.C.  The defendant VINCENT ROBERTS was a passenger on the bus and officers asked if they could search him and his bags and he consented.  As Detective Zerega was searching the defendant, he felt a large lump  just below the defendant's waistline and recovered one plastic bag that contained two additional plastic bags.  The first plastic bag contained 5 pellets of a tan powder wrapped in a napkin.  The second plastic bag which was also wrapped in a napkin contained a tan powder.  The powder substances field tested positive for opiates.  The heroin that was recovered from the defendant weighed 145 grams.  The defendant was placed under arrest and officers recovered $189.55 in U.S. Currency from the defendant.  In the officer's experience, the amount of the heroin indicated that it was intended for distribution rather than for personal use.

_____
DETECTIVE JAMES ZEREGA
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF MARCH, 2007

_____
U.S. MAGISTRATE JUDGE