UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0108M-01 (CR) |
| **VINCENT RAY ROBERTS,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(i) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 100 Grams or More Heroin) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about March 26, 2007, within the District of Columbia, **VINCENT RAY ROBERTS**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Possession with Intent to Distribute 100 Grams or More Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.