**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-108 (RMU)
:
VINCENT RAY ROBERTS, :
:
Defendant(s). :

### CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 7th day of May 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices   on or before   May 21, 2007   ;

Oppositions   on or before   June 11, 2007   ; and

Replies   on or before   June 18, 2007   ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on   May 21, 2007  , at   9:45 am  ; and

A motions hearing   on   to BE DETERMINED  , at _____ ;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.