UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                    v.            :     Criminal Action No.: 07-108
                                  :                         (RMU)
Vincent Ray Roberts,              :
                                  :
                    Defendant.    :     **FILED**
                                  
                    **ORDER**           MAY 2 1 2007

                                        NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

It is this 21st day of May 2007,

**ORDERED** that a status hearing in the above-captioned case shall take place on June 18, 2007 at 11 am.

**SO ORDERED**.

                                        _____
                                             Ricardo M. Urbina
                                             United States District Judge