UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 07-108 (RMU)
:
Vincent RAY ROBERTS :
:
Defendant. :

**FILED**
JUN 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**O R D E R**

It is this 18th day of June 2007,

ORDERED that a Status hearing in the above-captioned case shall take place on August 2, 2007 at 11:45.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge