UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-108 (RMU) |
| | : | |
| VINCENT RAY ROBERTS, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 21st day of June 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for August 2, 2007 at 11:45 a.m. is hereby **VACATED** and **RESCHEDULED** for **August 2, 2007 at 1:45 p.m.**

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge