UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Case No. 07-108 (RMU)** |
| : | |
| **VINCENT RAY ROBERTS** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant hereby jointly respectfully submit motion to continue the status hearing in this case that is currently scheduled for August 2, 2007 at 1:30 p.m. to a date during the week of August 20, 2007. In support of this motion, the government and the defendant state as follows:

1.   This case is currently scheduled for a status hearing on August 2, 2007 at 1:30 p.m. The parties are still in the process of negotiating a possible disposition in this case. The defendant has filed motions to suppress evidence and statements in this case and the government has responded, with the outcome of those motions still pending. Therefore, the speedy trial act time has already been excluded in the interest of justice. Moreover, it is in the interest of justice to continue to exclude this time under the speedy trial act as the parties continue to negotiate a possible disposition in this matter.

2.   The parties propose the following dates for a continued status hearing provided that they are available and convenient to the Court: August 20th, 22nd, and 23rd.

WHEREFORE, it is respectfully requested that this motion be granted, and that the Court continue the status hearing to one of the proposed dates during the week of August 20, 2007.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610


By: _____
        LOUIS RAMOS
        Assistant United States Attorney
        D.C. Bar No. 472-176
        555 Fourth Street, NW
        Washington, DC 20530
        202-305-2195

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 07-108 (RMU)** |
| | : | |
| **VINCENT RAY ROBERTS** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon consideration of the joint motion to continue the status hearing scheduled for August 2, 2007 at 1:30 p.m., the Court has determined that continuing the status hearing so that the parties can continue to negotiate a possible disposition to this case is in the interest of justice, and it is hereby,

**ORDERED** this _____ day of August 2007 that the joint motion is **GRANTED,** and it is further

**ORDERED** that the status hearing in this case be continued to the _____ day of August, 2007 at _____ a.m./p.m.

_____
**U.S. District Court Judge**

_____
**Date**