UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 
 : 
v. : 
 : Criminal Case No. 07-108 (RMU)
VINCENT RAY ROBERTS : 
 : 
Defendant. : 
 : 

**FILED**

AUG 1 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the joint motion to continue the status hearing scheduled for August 2, 2007 at 1:30 p.m., the Court has determined that continuing the status hearing so that the parties can continue to negotiate a possible disposition to this case is in the interest of justice, and it is hereby,

ORDERED this 1st day of August 2007 that the joint motion is **GRANTED**, and it is further

ORDERED that the status hearing in this case be continued to the 23rd day of August, 2007 at 2:30 p.m.

_____
U.S. District Court Judge