UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-108 (RMU) |
| : | |
| VINCENT RAY ROBERTS, : | |
| : | |
| Defendant. : | |

**ORDER**

It is this 23rd day of August 2007,

**ORDERED** that the status hearing in the above-captioned case scheduled for August 23, 2007 at 2:30 p.m. is hereby **VACATED** with the consent of the parties.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT