USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**RULE 20**

In the United States District Court

for the _____ DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.
VINCENT RAY ROBERTS

CRIMINAL NUMBER: 1:07-CR-00108

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

**FILED**

SEP 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, VINCENT RAY ROBERTS, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the WESTERN District of TENNESSEE in which I, AM HELD, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: AUGUST 31 20 7 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the _____ District of
COLUMBIA

_____
United States Attorney for the
WESTERN _____ District of
TENNESSEE