U.S. Department of Justice                                                                 Rule 20 -- Transfer Notice

| To: | UNITED STATES DISTRICT COURT | District<br>WESTERN DISTRICT OF TENNESSEE | Date<br>8/27/2007 |
|---|---|---|---|
| Name of Subject:<br>VINCENT RAY ROBERTS | | Statute Violated<br>21 U.S.C. 841 | File Data *(Initials and Number)*<br>1:07-CR-00108 (D.D.C.) |

### Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify)*:

☐ The above-named defendant entered a plea of guilty under Rule 20.
    Date of Plea      Date of Sentence      Sentence

**FILED**
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| From *(Signature and Title)*<br>[signature]<br>US Attorney | Address | UNITED STATES ATTORNEY'S OFFICE<br>WESTERN DISTRICT OF TENNESSEE<br>167 NORTH MAIN STREET, SUITE 800<br>MEMPHIS, TN 38103 |
|---|---|---|

### Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
    on    at    o'clock

*(Kindly notify me of any anticipated delay)*

☐ Enclosed are two certified copies of indictment or information    Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify)*:

| Signature *(Name and Title)*<br>[signature] U.S. Attorney | District<br>DISTRICT OF COLUMBIA | Date<br>9/6/07 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explaination of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV 85