AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF _Columbia_

FILED
SEP 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.
_Vincent Ray Roberts_

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: _07-0108_

The defendant is charged with a violation of _21_ U.S.C. _841(a)(1) + 841(b)(1)(B)(i)_ alleged to have been committed in the _Western_ District of _District of Tennessee_

Brief Description of Charge(s):

_Unlawful Possession With Intent to Distribute 100 Grams or more of Heroin; Title 21 USC 841(a)(1) and 841(b)(1)(B)(i)_

_Rule 20 Transfer as to defendant Vincent Ray Roberts transferring case to the United States District Court for the Western District of Tennessee, in Memphis._

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_9/27/07_
Date

_[signature]_
Judicial Officer

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |