UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
:
: Criminal Action No. 07-108
:
v. :
:
: **FILED**
VINCENT RAY ROBERTS :
DOB:7/13/77; PDID:597-410 : SEP 2 7 2007
Registration No. 28934-016 :
:
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TRANSFER ORDER**

It is this 27th day of September 2007,

ORDERED that the defendant VINCENT RAY ROBERTS be transferred FORTHWITH from D.C. Jail to United States District Court for the Western District of Tennessee, in Memphis.

_____
Ricardo M. Urbina
United States District Judge

Mary Petras, Esquire
625 Indiana Avenue, NW, Suite #550
Washington, D.C. 20004

Louis Ramon, Esquire
555 4th Street, NW
Washington, DC 20001

U.S. Marshals