CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D. C. 20001

September 19, 2007

U. S. District Court for the
Western District of Tennessee
167 North Main Street
Memphis, TN  38103

RECEIVED
07 SEP 21 PM 1:07
THOMAS M. GOULD
CLRK US DISTRICT COURT
W/D OF TN MEMPHIS

FILED
SEP 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA v. VINCENT RAY ROBERTS
CR 07-108

Dear Clerk,

RULE 20 Transfer Notice by USA as to VINCENT RAY ROBERTS transferring case to the United States District Court for the Western District of Tennessee, in Memphis. Certified copies of docket sheet and indictment/information forwarded.

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _____